**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ANTHONY J. ZUCCARELLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-07-3870 |
| | § | |
| DAVOL, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

IT IS HEREBY ORDERED that the above-captioned case shall be **ADMINISTRATIVELY CLOSED**. The parties are granted leave to move to reinstate the case on the Court's active docket after termination of the MDL 875 proceedings. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 2d day of January, 2008, at Houston, Texas.

[signature]

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**