CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−03870

Zuccarello v. Davol, Inc. et al
Assigned to: Judge Vanessa D Gilmore
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 11/16/2007
Date Terminated: 01/02/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Anthony J. Zuccarello** represented by

**David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2007 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3230281) filed by Anthony J. Zuccarello. (Attachments: # 1 Civil Cover Sheet Anthony J. Zuccarello)(Alexander, David) (Entered: 11/16/2007) |
| 11/19/2007 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 3/7/2008 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.( Signed by Judge Vanessa D Gilmore ) (Attachments: # 1 Judge's Procedure) Parties notified.(mmapps, ) (Entered: 11/19/2007) |
| 11/30/2007 | | First CERTIFICATE OF INTERESTED PARTIES by Anthony J. Zuccarello, filed.(Alexander, David) (Entered: 11/30/2007) |
| 12/06/2007 | | Summons Issued as to Davol, Inc., filed.(kettac, ) (Entered: 12/06/2007) |
| 12/19/2007 | | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 12/10/2007, answer due 12/31/2007, filed.(ltrevino, ) (Entered: 12/20/2007) |
| 01/02/2008 | | ORDER, case shall be administratively closed, parties are granted leave to move to reinstate the case on the Court's active docket after the termination of the MDL 1842 proceedings. Case terminated on 1/2/08. ( Signed by Judge Vanessa D Gilmore ) Parties notified.(emares, ) (Entered: 01/03/2008) |
| 01/14/2008 | | |

| | | |
|---|---|---|
| | | JPML CONDITIONAL TRANSFER ORDER (CTO−12) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Parties notified.(jbradford, ) (Entered: 01/17/2008) |
| 01/17/2008 | | MDL transfer to Rhode Island. Case transferred electronically. Rhode Island case number 08−2093. (jbradford, ) (Entered: 01/17/2008) |